[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15706
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cv-00661-RWS

LISA Y.S. WEST,

                                                        Plaintiff - Appellant,

versus

DEPUTY TERRY DAVIS,

                                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(May 6, 2015)

Before MARCUS, WILLIAM PRYOR, and JORDAN, Circuit Judges.

PER CURIAM:

Having carefully reviewed the record and the parties' briefs, we agree with the district court's well-reasoned opinion, *see West v. Davis*, No. 1:12-CV-00661-RWS, 2014 WL 6990294 (N.D. Ga. Dec. 9, 2014), and we conclude that Deputy Davis is entitled to qualified immunity.  Simply stated, Ms. West did not meet her burden of showing that Deputy Davis' actions violated clearly established law. The cases Ms. West cites are either factually distinguishable or were decided after the event in question took place.[1]

Accordingly, we affirm the district court's ruling.

**AFFIRMED.**

---

[1] *See Fils v. City of Aventura*, 647 F.3d 1272 (11th Cir. 2011); *Hadley v. Guiterrez*, 526 F.3d 1324 (11th Cir. 2008); *Walker v. City of Riviera Beach*, 212 F. App'x 835 (11th Cir. 2006); *Thornton v. City of Macon*, 132 F.3d 1395, 1400 (11th Cir. 1998).